ACCEPTED
12-15-00082-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/1/2015 11:48:00 AM
CATHY LUSK
CLERK

Cause No. 15-0290

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE COUNTY COURT AT LAW |
| | § | |
| VS | § | NUMBER 1 |
| | § | |
| DAVID MARK DAVIS II | § | ANGELINA COUNTY, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/1/2015 11:48:00 AM
CATHY S. LUSK
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Today, this the 31st Day of March, 2015, the defendant gives Notice of Appeal of his conviction in the above captioned case.

Respectfully Submitted,

David Mark Davis II
11 Glenview Court
Lufkin, Texas 75901
936-238-8507
dmarkdavis2@gmail.com

IMAGED

## Certificate of Service

On this the 31st day of March, 2015, I certify that a copy of defendant's notice of appeal was served upon the State via email to: ejones@angelinacounty.net.

Respectfully Submitted.

David Mark Davis II
11 Glenview Court
Lufkin, Texas 75901
936-238-8507
dmarkdavis2@gmail.com